IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICHARD GRUSS, PEGGY COOK, GERALD HERMANSON, for themselves and all persons similarly situated, and UNITED FOOD AND COMMERCIAL WORKER'S LOCAL UNION 538, | JUDGMENT IN A CIVIL CASE<br><br>Case No. 15-cv-788-wmc |

    Plaintiffs,

 v.

KRAFT HEINZ FOODS COMPANY, INC.,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kraft Heinz Foods Company, Inc. against plaintiffs Richard Gruss, Peggy Cook, Gerald Hermanson, and United Food and Commercial Worker's Local Union 538 granting defendant's motion for summary judgment and dismissing this case.

| | |
|---|---|
|    s/ K. Frederickson, Deputy Clerk<br>Peter Oppeneer, Clerk of Court | September 15, 2017<br>Date |